Dismissed and Memorandum Opinion filed September 20, 2007








Dismissed
and Memorandum Opinion filed September 20, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00582-CV

____________

 

BRIAN MAXEY, Appellant

 

V.

 

OPTION ONE MORTGAGE CORP., Appellee

 



 

On Appeal from
County Court at Law No. 1

Fort Bend County,
Texas

Trial Court Cause
No. 32969

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 19, 2007.  On September 10, 2007, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
September 20, 2007 .

Panel consists of Chief Justice Hedges, Justices Yates
and Frost.